# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

JANIS CARLSON,

                                                                    CIVIL NO.: 11-CV-915 JNE/LIB

        Plaintiff,

v.

RECEIVABLES PERFORMANCE              **NOTICE OF VOLUNTARY**
MANAGEMENT, LLC, A/K/A RPM,          **DISMISSAL WITH PREJUDICE**

        Defendant.

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                      MARTINEAU, GONKO & VAVRECK, PLLC

Dated: August 1, 2011                    s/ Mark L. Vavreck                  .
                                           Mark L. Vavreck, Esq.
                                           Attorney I.D.#0318619
                                           Attorney for Plaintiff
                                           Designers Guild Building
                                           401 North Third Street, Suite 600
                                           Minneapolis, MN 55401
                                           Telephone: (612) 659-9500
                                           Facsimile:  (612) 659-9220